**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SHANNA LYNN MONROE,**

      **Plaintiff,**

**v.**                                                                **Case No.: 3:12cv335/MCR/EMT**

**FLORIDA SUPREME COURT, et al.,**

      **Defendants.**

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 10, 2012 (doc. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is **DISMISSED with prejudice** for lack of jurisdiction.

**DONE AND ORDERED** this 9th day of August, 2012.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**